UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-CR-606-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARTY ALAN NICKESON,

 Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 The Government shall file a Response to Defendant's Motion for Early Termination of Supervised Release, filed October 7, 2010 [ECF No. 53] on or before **Friday, October 22, 2010**.

 Dated: October 8, 2010